╤ *Look Into* ╤

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

2014 NOV 13  AM 3 59

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Michael A. Hannah

(Enter above the full name of the plaintiff in this action)

COMPLAINT

V.

Civil Action No. _____

State of New Jersey
County of Somerset

(To be supplied by the Clerk of the Court)

_____

(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.  If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.  If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.  Jurisdiction is asserted pursuant to (CHECK ONE)

  ✓ 42 U.S.C. §1983 (applies to state prisoners)

  ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

  If you want to assert jurisdiction under different or additional statutes, list these below:

  _____

1b.  Indicate whether you are a prisoner or other confined person as follows:

  ✓ Pretrial detainee

  ___ Civilly-committed detainee

  ___ Immigration detainee

  ___ Convicted and sentenced state prisoner

  ___ Convicted and sentenced federal prisoner

  ___ Other: (please explain)_____

2. **Previously Dismissed Federal Civil Actions or Appeals**

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Court and docket number: _____

c. Grounds for dismissal: ( ) frivolous  ( ) malicious

   ( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _10-26-2014_

e. Approximate date of disposition: _10-14-2010_ _MY ARREST 12-21-2012_

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _Somerset County Jail_

4. Parties

   (In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

   a. Name of plaintiff: _Michael Hannah_



100 COMMONS WAY BRIDGEWATER, NEW JERSEY 08807-2801 • 908-722-4111

**Bridgewater Police Department**

April 09, 2014

Mr. Michael Hannah
C/O Somerset County Jail
40 Grove Street
Somerville, New Jersey 08876

### RE: Internal Affairs Investigation No. 14-02

Dear Mr. Hannah:

The Internal Affairs Unit of this department has completed its investigation of your report concerning the conduct of Detective Sergeant Sean O'Neill. The investigation and a review of all information failed to disclose sufficient evidence to clearly prove or disprove the allegation.

If you have additional information which you believe should be considered, please contact the Internal Affairs Unit at 908-722-4111 extension 4142.

Thank you for bringing this matter to our attention.

Very truly yours,

Chief Manuel Caravela

By:   Captain Al Nicaretta

AN/lh

Cc:   Chief Manuel Caravela
      I/A File

SENT VIA CERTIFIED RRR MAIL NO.: 7013 2250 0000 9497 3822

06/08 LH                     An Equal Opportunity Employer                     PD I/A 15

# NEW JERSEY DOMESTIC VIOLENCE CIVIL COMPLAINT AND TEMPORARY RESTRAINING ORDER
### N.J.S.A 2C:25-17 et.seq.
PAGE 1 of 5

( ) TRO  (X) AMENDED TRO #1
( ) Superior Court, Chancery Division, Family Part, Somerset County
(X) Municipal Court of BRIDGEWATER TOWNSHIP

Docket # FV-18-000465-11-     Police Case # 10-3937

In the Matter of
Plaintiff (Victim): SAPP, ELIZABETH     * Sex F   Plaintiff's Date of birth 07/03/1969

D Name: HANNAH, MICHAEL            Sex M   Date of birth 07/19/1968
E AKA HANNAH, MICHAEL A            Race CAUCASIAN Wt. 220  Ht. 6'
F Home Address 14 PINE LANE
E     NEWARK       NJ 07107-0000   SSN ***-**-2584
N Work Address CIRCLE SYSTEM,      653 BUSHKILL STREET
D EASTON          PA 18042-0000    Hair Color BLACK    Eye Color BROWN
A Other Marks, Scars TATTOO OF 'MOM' ON ARM; 'LISA' ON NECK
N Work Phone No. (000)000-0000     Home Phone No. (973)497-0178

The undersigned complains that said defendant did endanger plaintiff's life
health or well being (Give specific facts regarding acts, threats, abuse and the
date(s) and time(s) they occurred; Specify any weapon(s):
        ON    |    AT    |
10/30/2010 08:22 PM DEFENDANT SLASHED PLAINTIFF'S TIRES ON HER
                    VEHICLE. DEFENDANT THEN PUNCHED PLAINTIFF IN THE
SIMPLE ASSAULT   FACE WITH A CLOSED FIST CAUSING BODILY INJURY.
4 DEGREE         DEFENDANT CONTINUED BY STRANGLING PLAINTIFF
                 UNCONSCIOUS. ENDANGERING AN INJURED VICTIM

which constitute(s) the following criminal offense(s) (Check all applicable boxes;
Law Enforcement Officer: Attach N.J.S.P. UCR DV1 offense report(s)):

( ) Homicide           ( ) Criminal Restraint     ( ) Lewdness          ( ) Harassment
SIMPLE (X) Assault     ( ) False Imprisonment     (X) Criminal Mischief ( ) Stalking
( ) Terroristic Threats ( ) Sexual Assault        ( ) Burglary
( ) Kidnapping         ( ) Criminal Sexual Contact ( ) Criminal Trespass

1. Any prior history of domestic violence reported or unreported? (If yes, explain):
   (X) YES ( ) NO   MULTIPLE DOMESTIC SITUATIONS OVER THE PAST 15
   YEARS.

2. Does defendant have a criminal history?  (If yes, attach CCH Summary)
   (X) YES ( ) NO

3. Any prior/pending court proceedings involving parties? (If yes, enter Docket #s,
   County, State) (X) YES ( ) NO  FV-18-822-08, SOMERSET COUNTY COURT, NJ

4. Has a Criminal Complaint been filed in this matter? (If yes, enter Docket #,
   County, State) (X) YES ( ) NO  SOMERSET COUNTY

5. If law enforcement officials responded to domestic violence call, were weapons
   seized? ( ) YES (X) NO  (Describe)      Was defendant arrested? ( ) YES (X) NO
   OMERSET COUNTY

6. (A) The plaintiff and defendant are 18 years old or older or emancipated AND are
   1. ( ) married                       ( ) divorced; OR
   2. ( ) present household members     (X) former household members; OR
   (B) The defendant is 18 years old or older or emancipated AND
   1. plaintiff and defendant are ( ) unmarried ( ) co-parents ( ) expectant parents OR
   2. ( ) plaintiff and defendant have had a dating relationship.

7. Where appropriate, list children (Include name/sex/d.o.b./with whom resides):
   HANNAH MILES                 M  08/03/01   RESIDES WITH PLA AND DEF

8. The plaintiff and defendant: ( ) presently (X) previously ( ) never resided together
   (X) family relationship COHABITANT & COHABITANT                         (Specify)

**CERTIFICATION**

I certify that the foregoing responses made by me are true. I am aware that if any
of the foregoing responses made by me are willfully false I am subject to punishment.

_____          _____
        Date                         Signature of plaintiff

# STATE OF NEW JERSEY
## PREVENTION OF DOMESTIC VIOLENCE ACT

**SOMERSET COUNTY**, Superior Court, Chancery Division, Family Part

☒ **FINAL RESTRAINING ORDER (FRO)**  ☐ **AMENDED FINAL RESTRAINING ORDER**

**DOCKET NUMBER**  FV-18-000465-11

| IN THE MATTER OF: | | | PLAINTIFF'S |
|---|---|---|---|
| PLAINTIFF  SAPP, ELIZABETH | | | DATE OF BIRTH  07/03/1969 |
| DEFENDANT  HANNAH, MICHAEL | DEFENDANT'S SEX  M   RACE  CAUCASIAN | DEFENDANT'S DATE OF BIRTH  07/19/1968 | HT 6' '  WT 320 LB  DEFENDANT'S SSN#  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 |
| DEFENDANT'S HOME ADDRESS  14 PINE LANE NORTH  NEWARK, NJ 07107 | | SCARS, FACIAL HAIR, ETC.  TATTOO OF 'MOM' ON ARM; 'LISA' ON NECK | DEFENDANT'S HOME TELEPHONE NO.  (973) 497-0178 |
| DEFENDANT'S WORK ADDRESS | | HAIR COLOR: BLACK  EYE COLOR: BROWN | DEFENDANT'S WORK TELEPHONE NO.  ( ) |

The Court having considered plaintiff's Complaint dated 10/31/2010, seeking an ORDER under the Prevention of Domestic Violence Act, having established jurisdiction over the subject matter and the parties pursuant to N.J.S.A. 2C:25-17 et seq., and having found good cause to believe that plaintiff's life, health or well-being have been and are endangered by defendant's act(s) of violence:

It is on this 17th Day of January, 2013 ORDERED that:

| SOUGHT | GRANTED | PART I RELIEF |
|---|---|---|
| | | **DEFENDANT:** |
| 1. ☒ | ☒ | You are prohibited against future acts of domestic violence. |
| 2. ☒ | ☒ | You are barred from the following location(s):  ☒ RESIDENCE(S) OF PLAINTIFF  ☒ PLACE(S) OF EMPLOYMENT OF PLAINTIFF  ☒ Other  183 W. CLIFF ST. SOMERVILLE |
| 3. ☒ | ☒ | You are prohibited from having any (oral, written, personal, electronic or other) form of contact or communication with:  ☒ Plaintiff  ☒ Others (List names & relationship to plaintiff): MILES HANNAH, ROSEMARY SAPP, DAVID SAPP, WILLIAM SAPP, FLORENCE DAVIS |
| 4. ☒ | ☒ | You are prohibited from making or causing anyone else to make harassing communications to:  ☒ Plaintiff  ☒ Others (Same as above or list names & relationship to plaintiff): SAME AS ABOVE |
| 5. ☒ | ☒ | You are prohibited from stalking, following, or threatening to harm, to stalk or to follow:  ☒ Plaintiff  ☒ Others (Same as above or list names & relationship to plaintiff): SAME AS ABOVE |
| 6. ☐ | ☐ | You must pay ☐ plaintiff ☐ dependent(s) emergent monetary relief (describe amount and method): |
| 7. ☐ | ☐ | Other appropriate relief:  Defendant (including substance abuse, mental health or other evaluations and subsequent treatment): |
| 8. ☐ | ☐ | Psychiatric evaluation: |
| 9. ☐ | ☐ | Intake monitoring of conditions and restraints (specify) |

**A violation of any section of this Order by defendant can result in arrest and incarceration. Only a Court can change this Order.**

Address: Somerset County Jail P.O. Box 3000 Somerville NJ 08876

Inmate#: Michael Hannah # 74793

b. **First defendant:**

Name: Bridgewater Police Department

Official position: Det. Sean O'Neil

Place of employment: Bridgewater Police Department

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

He kept calling me harrassing me with Racial Talk about me not being O.J. Simpson once he found out I was Black that's Racial Profiling Violation Fourteen Amendment Constitution Also having me as a Caucasian Male that's € Due Process ≠

c. **Second defendant:**

Name: Somerset County

Official position: Criminal Division

Place of employment: Prosecutor office

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

False Inprisonment, False Charges Taking Them from Municipal Court to Supreme Court starting with Simple Assault to now Aggravated Assault Violation Tenth Amendment Constitution Racial Profiling Also with the same paper work me being Caucasian Dueproce

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

   ✓ Yes   ___ No

   If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

   Sought Relief in Captain N/ Nicaretta I-A on this Matter Nothing was Resolve.

   If your answer is "No," briefly explain why administrative remedies were not exhausted.

6. Statement of Claims

   (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

   Michael A. Hannah
   I Mr. Hannah are being Held for Trial in the Somerset County Jail on Charges of Indictment Number 10-12-000735 I

   My understanding under One Constitutional Rights USA The first Ten Amendments Commonly Called One Bill of Rights I'am in Violation of those Rights. (AND of One fourteen Amendment)

INCIDENT
(10-14-2010)

10-20-2014

Det. O'Neil was first under the Influence that I was Caucasian do to his paper work then when he spoke to me over the phone. He asked what was Nationality then when was told, He said you think your O.J Simpson a Black man that was accuss of Murdering his wife RACIAL which was a white women same as my son mother on more then one Accession he would reach out to me but unperfectly. This all happen on 10-14-2010 I'm still being held on this case for something that took place in 10-14-2010 and now awaiting for Trial. Can this case please be looked into Also Having me down as a Caucasian Male that's "DueProcess" Det. O'Neil made multiple Threats to me over the Phone about my Race as a police officer He was very very Cruelty and this is why I'm still being held in Somerset County Jail two years later on a Domestic Violence. Can someone please look into this case its wrong!

7. **Relief**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the Court to hold Bridgewater Police Department Along Somerset County Countable for Violation Fourteen Amendment as well as my Tenth Amendment also lost of Time out of me & my Kids life Along with the stress of my 72yrs old mother, lost of wedge

pain an suffering, Health Issue with my Diabetes out of control Back pain from sleeping on these very thin mat, also from showering in the very nasty showers with mold unsanitary. for the pain and suffering of me and my family it would take at less $2,000,000. Dollars that's being nice also
Please look into this case before you make Judgement
Thank you so much
This Case should be Dismiss on DueProcess Alone cause I'm Black and they got me as Caucasian

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __OCT__ day of __26__, 20_14_

*Michael Church* (signature)

Signature of plaintiff*

(* EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).